900

No. 106. OBER ET AL. *v.* NAGY ET AL. Sup. Ct. Ohio. Certiorari denied. *John R. Vintilla* for petitioners. *Ellis V. Rippner* and *Richard W. Schwartz* for respondents. *Solicitor General Marshall* for the United States, as *amicus curiae.*

No. 221. IOWA TRIBE OF THE IOWA RESERVATION IN OKLAHOMA ET AL. *v.* UNITED STATES; and

No. 457. UNITED STATES *v.* SAC AND FOX TRIBE OF INDIANS OF OKLAHOMA ET AL. Ct. Cl. Certiorari denied. *Nicholas Conover English* for petitioners, and *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *Edmund B. Clark* for the United States in No. 221. *Solicitor General Marshall, Assistant Attorney General Weisl, S. Billingsley Hill* and *Edmund B. Clark* for the United States, and *George B. Pletsch* for respondents in No. 457. Reported below: 179 Ct. Cl. 8, 383 F. 2d 991.

No. 334. FRANK IX & SONS VIRGINIA CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Benjamin Nadel* and *Norman Nadel* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin* and *Gilbert E. Andrews* for respondent.

No. 439. BUTCHERS UNION LOCAL No. 127, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 525. CAMPBELL SOUP CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Charles P. Scully* for petitioner in No. 439. *Gilford G. Rowland* for petitioner Campbell Soup Co. in No. 525. *Acting Solicitor General Spritzer, Arnold*